IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES ROBINSON | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| MICHAEL ZAKEN, et al., | : | NO. 21-5621 |
| Defendants. | : | |

**ORDER**

AND NOW, this 7th day of June, 2024, upon consideration of the Amended Petition for Writ of Habeas Corpus (ECF No. 8), and all papers submitted in support thereof or in opposition thereto, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 40), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **GRANTED**, because trial counsel rendered ineffective assistance by failing to adequately consult with Petitioner about whether or not to accept the Commonwealth's plea offer.

3. Within 180 days of this Order, the Commonwealth shall reoffer the plea and allow Petitioner to decide whether to accept it.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**